IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAWN EXPRESS OF TEXARKANA, INC.
and BROOKE'S REAL ESTATE LLC                                                    PLAINTIFFS

v.                                          Case No. 4:25-cv-4061

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, Subscribing to Policy Number
FINFR2205957                                                                    DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal. ECF No. 18. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiffs and Defendant. Thus, the claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

**IT IS SO ORDERED**, this 22nd day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge